## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

BISNO DEVELOPMENT ENTERPRISE,
LLC, a California limited liability company,

*Plaintiff and Appellant,*

vs.

BARRY LEVINE, an individual; ARI
SCHOTTENSTEIN, an individual;
PROTILUS INVESTORS, LLC, a New
Jersey limited liability company; ILUS
INVESTORS, LP, a California limited
partnership; ILUS GP US LLC, a California
limited liability company; RIDGEMOUNT
INVESTMENTS, INC., a Canadian
corporation; ALEX ISCOE, an individual;
DAVID ULMER, an individual; and DOES 1
through 100, Inclusive,

*Defendants and Respondents.*

No:_____

D.C. No. 2:13-cv-07961-R (PJWx)
(Central Dist. Cal., Los Angeles)

## REPRESENTATION STATEMENT

The undersigned represents BISNO DEVELOPMENT ENTERPRISE, LLC,
Plaintiff and Appellant in this matter, and no other party.  Attached is a service list that
shows all of the parties to the action below, and identifies their counsel by name, firm
address, telephone number and e-mail address, where appropriate.  (F.R.A.P. 12(b);
Circuit Rule 3-2(b).)

Dated:  December 26, 2014

LAW OFFICES OF ROBERT H. BISNO

_____
Robert H. Bisno
Attorney for Plaintiff
BISNO DEVELOPMENT
ENTERPRISE, LLC

# CERTIFICATE OF SERVICE

This is to certify that on December 29, 2014, a true and correct copy of the foregoing Representation Statement in the above from D.C. case no. 2:13-cv-07961-R (PJWx) was served by United States Mail, first class, on counsel of record for all parties to the action below in this matter, as follows:

Respondents BARRY LEVINE, ARI SCHOTTENSTEIN, PROTILUS INVESTORS, LLC; ILUS INVESTORS, LP; and ILUS GP US, LLC

RAINES FELDMAN, LLC
Miles J. Feldman, Esq.
Robert M. Shore, Esq.
Laith D. Mosely, Esq.
9920 Wishire Boulevard, 5th Floor
Beverly Hills, California 90212
Tel:   (310) 440-4100
Fax:   (310) 691-1943
mfeldman@raineslaw.com
rshore@raineslaw.com
lmosely@raineslaw.com

Respondents RIDGEMOUNT INVESTMENTS, INC.; ALEX ISCOE, and DAVID ULMER

GERSH | DERBY, LLP
Jeffrey F. Gersh, Esq.
Paul B. Derby, Esq.
Michael B. Yee, Esq.
15821 Ventura Boulevard, Suite 515
Encino, California 91436
Tel:   (818) 536-5700
Fax:   (818) 981-4618
jgersh@gershderbylaw.com
pderby@gershderbylaw.com
myee@gershderbylaw.com

Dated:  December 26, 2014

LAW OFFICES OF ROBERT H. BISNO


Robert H. Bisno
Attorney for Plaintiff
BISNO DEVELOPMENT
ENTERPRISE, LLC