# No. 14-57008

IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

**BISNO DEVELOPMENT ENTERPRISE, LLC**
*Plaintiff – Appellant,*

*v.*

**BARRY LEVINE, et al.,**
*Defendants – Appellees*

---

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
MANUEL J. REAL, DISTRICT JUDGE ** CASE NO. 14-57008

---

# UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME TO FILE OPPOSITION BRIEF

---

DERBY | CURTIS LLP
PAUL B. DERBY
800 WILSHIRE BOULEVARD, SUITE 1450
LOS ANGELES, CALIFORNIA 90017
(213) 788-4500

ATTORNEYS FOR DEFENDANTS-APPELLEES
**RIDGEMOUNT INVESTMENTS, INC., ALEX ISCOE, AND DAVID ULMER**

**UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME
TO FILE APPELLEES' OPPOSITION BRIEF**

Appellees Ridgemount Investments, Inc., Alex Iscoe, and David Ulmer (collectively, the "Ridgemount Appellees") move under Fed. R. App. P. 26(b) and Circuit Rule 31-2.2 for a 14-day extension of time, through and including September 22, 2015, to file its opposition to Appellant Bisno Development Enterprise, LLC's ("Bisno") opening brief in the above-styled action. Bisno does not oppose this motion. (Declaration of Paul B. Derby ("Derby Decl.") ¶ 5.)

Pursuant to the Court's July 31, 2015 approval of the Ridgemount Appellees' streamlined request to extend time (Dkt. 6), the Ridgemount Appellees' opposition brief is presently due on September 8, 2015. (Derby Decl. ¶ 3.) If the Court grants this motion, the opposition brief will be due September 22, 2015.

Under Rule 31-2.2(b), good cause exists for granting the requested extension. The Ridgemount Appellees' counsel has reviewed the record and is in process of preparing a draft of the opposition brief. (Derby Decl. ¶ 2.) However, a final draft of the opposition cannot be completed sooner because the Ridgemount Appellees' counsel has a trial scheduled to begin on September 8, 2015 in the matter of *Barantsevich v. Cameron*, No. SC109621. (*Id.* ¶ 4.) The Ridgemount Appellees' counsel also recently returned from a pre-paid family vacation out of the country. (*Id.*) In addition, the sole partner of the Ridgemount Appellees' lead counsel was out of the office during June 2015, having just had a baby, which

2

resulted in a backlog of work. (*Id.*)

The court reporters are not in default with regard to any designated transcripts. *See* 9th Cir. R. 31-2.2 (b)(7).

The Ridgemount Appellees therefore request that the Court grant this motion and extend the time to file its opposition brief to and including September 22, 2015.

September 2, 2015	**DERBY | CURTIS LLP**
	PAUL B. DERBY


	By: s/Paul B. Derby

	Attorney for Defendants—Appellees
	**RIDGEMOUNT INVESTMENTS, INC., ALEX ISCOE, AND DAVID ULMER**

# DECLARATION OF PAUL B. DERBY

I, Paul B. Derby, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner with Derby | Curtis LLP, counsel for appellees Ridgemount Investments, Inc., Alex Iscoe, and David Ulmer (collectively, the "Ridgemount Appellees"). I have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would competently testify to these matters.

2. I am lead counsel for the Ridgemount Appellees in this appeal. I have reviewed the record in this matter and am in the process of preparing a draft of the Ridgemount Appellees' opposition brief. After further preparation and revising of that brief, I intend to send a copy to my clients for their comments.

3. Pursuant to the Court's July 31, 2015 approval of the Ridgemount Appellees' request for a streamlined extension, the opposition brief is currently due on September 8, 2015.

4. I have a trial in the Los Angeles Superior Court starting September 8, 2015 in the matter of *Barantsevich v. Cameron*, No. SC109621. I was also out of the country for a pre-paid family vacation from August 18-29, 2015. In addition, throughout June 2015, my sole partner, Ms. Curtis was on maternity leave. This led to a backlog of work on various matters that my firm is continuing to work through on a daily basis.

4

5.  On September 2, 2015, I exchanged e-mails with Robert Bisno, counsel for appellant Bisno Development Enterprise, LLC. In these e-mails, Mr. Bisno informed me that he would not oppose the 14-day extension of time to file the Ridgemount Appellees' opposition brief sought by this motion.

6.  I have exercised diligence with respect to this appeal. I make this application in good faith for the reasons set forth above, and not for the purpose of delay. I believe the Ridgemount Appellees' opposition brief can be filed within the additional 14-day period requested by this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 2, 2015, at Los Angeles, California

                                               s/Paul B. Derby
                               _____

## CERTIFICATE OF SERVICE

      I hereby certify that, on September 2, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

      Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

                                                          s/Paul B. Derby